

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-20-00161-CV

| | | |
|---|---|---|
| IN RE CAPRICE GARCIA | § | Original Proceeding |
| | § | From the 16th District Court |
| | § | of Denton County (F17-2073-16) |
| | § | August 20, 2020 |
| | § | Opinion by Justice Birdwell |

## JUDGMENT

This court has considered Relator's Petition for Writ of Mandamus in this case and holds that the petition should be conditionally granted. Accordingly, we conditionally grant the writ of mandamus and direct the trial court to vacate its November 12, 2019 "Order on Motion for Award of Attorney's Fees, Costs & Expenses." Our writ will issue only if the trial court fails to comply.

It is further ordered that Real Parties in Interest Tyler Melton and Proclaim Roofing, LLC shall pay all of the costs of this proceeding, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By   /s/ Wade Birdwell
        Justice Wade Birdwell